■ B & B BETTER BAKED FOODS, INC., Appellant, v OTTO BROEME et al., Respondents.—Appeal unanimously dismissed, without costs. Memorandum: City Court did not make a final adjudication of the merits of this action but only granted partial summary judgment to the plaintiff. No appeal lies to this court from an order of County Court reversing a City Court's order granting partial summary judgment to plaintiff (CPLR 5703, subd [b]; see *Lutwack v Piteo,* 52 AD2d 754; *Serrino v D & B Barr,* 37 AD2d 912; and cf. *City of Buffalo v Dankner,* 48 AD2d 572). (Appeal from order of Chautauqua County Court—partial summary judgment.) Present—Marsh, P. J., Moule, Cardamone, Simons and Goldman, JJ.

■ CITY OF BUFFALO, Respondent, v EASTERN SEABOARD MANAGEMENT CORPORATION, Appellant.—Appeal unanimously dismissed, without costs. (See CPLR 5703, subd [b]; *Serrino v D & B Barr,* 37 AD2d 912; cf. *City of Buffalo v Dankner,* 48 AD2d 573, 575.) (Appeal from order of Erie County Court—summary proceeding.) Present—Marsh, P. J., Moule, Cardamone, Dillon and Goldman, JJ.